IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE CHAMBARLAIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT MARK CAPOZZA, ET AL. | : | |
| | : | NO. 17-4680 |

## ORDER

**AND NOW**, this 30th day of June, 2020, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and all documents filed in connection therewith, and after review of United States Magistrate Judge David R. Strawbridge's Report and Recommendation (Docket No. 13), and consideration of Petitioner's Objections to the Report and Recommendation (Docket No. 14), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's Objections are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**.

3. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED IN PART** and **DISMISSED IN PART** as set forth the in the accompanying Memorandum, without an evidentiary hearing.

4. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or to demonstrate that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

5. The Clerk is directed to **CLOSE** this Civil Action.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J